RECEIVED
IN ALEXANDRIA, LA.

MAR 0 2 2010

TONY R. MOORE  CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LEONARD LEWIS,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 08-CV-1151 |
| VERSUS | |
| ALFONZO PACHECO, et al.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Lewis' motion for summary judgment (Doc. 20) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ____ day of March, 2010.

                                              DEE D. DRELL
                                 UNITED STATES DISTRICT JUDGE